**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| **CINDY LIGGETT,** | ) <br> ) <br> ) **CASE NO. 4:21-cv-00062-JTM-JPK** |
| **PLAINTIFF,** | ) <br> ) *Electronically Filed* |
| v. | ) <br> ) |
| **ST. MARY HEALTHCARE CENTER and TRILOGY MANAGEMENT SERVICES, LLC,** | ) <br> ) <br> ) |
| **DEFENDANTS.** | ) <br> ) <br> ) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Cindy Liggett, together with Defendants, St. Mary Healthcare Center and Trilogy Management Services, LLC, by counsel and pursuant to FRCP 41, stipulate and agree to the joint dismissal of this action and all claims asserted therein with prejudice.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED with prejudice, each party to bear his or its own fees and costs.

SO ORDERED this _____ day of September, 2022.

1

HAVE SEEN AND AGREED:

*/s/ Thomas M. Williams*
Thomas M. Williams
Amy L. Miles
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky  40202
502.333.6000

*Counsel for Defendants*


*/s/ Jason R. Ramsland  (w/permission)*
Jason R. Ramsland
RAMSLAND LAW
320 E. Clayton Street
Suite 423
Athens, GA 30601
706.723.7504

*Counsel for Plaintiff*

109439.168028/8875205.1